# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134171 & (20) (22) (23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JANE C. FAHEY,
      Plaintiff-Appellee/
      Cross-Appellant,

v

WILLIAM K. FAHEY,
      Defendant-Appellant/
      Cross-Appellee.

SC: 134171
COA: 273700
Ingham CC: 94-084658-DM

_____/

      On order of the Court, the application for leave to appeal the May 3, 2007 order of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to dismiss the application for leave to appeal is DENIED. The motion to stay reconsideration by the trial court is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

s0830